# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 29, 2024

### NO. 03-23-00135-CV

**Jesse James, Appellant**

**v.**

**Lucee Peterson, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND SMITH
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the final judgment signed by the trial court on February 15, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's final judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.